THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| LAVONTE DARNELL | § | |
| | § | |
| v. | § | CIVIL NO. 4:25-CV-01063-SDJ-BD |
| | § | |
| TEACHERS FEDERAL CREDIT | § | |
| UNION | § | |

**MEMORANDUM ADOPTING THE REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 30, 2026, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #5), that Defendant's Motion to Dismiss, (Dkt. #2), be granted in part and denied in part.

Having received the Report of the United States Magistrate Judge, and no timely objections having been filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the Motion to Dismiss, (Dkt. #2), is **GRANTED** to the extent that it requests dismissal and **DENIED** to the extent that it requests a more definite statement, and Plaintiff's Petition is **DISMISSED WITHOUT PREJUDICE**. Within fourteen days of the docketing of this order, Plaintiff may file an amended pleading. If he does not file an amended pleading, the case will be dismissed with prejudice.

1

**So ORDERED and SIGNED this 17th day of May, 2026.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE